UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No.: 1:26-cv-06995-KES-EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>Docs. 2, 7 |

Plaintiff Patrick A. Cannavan is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2026, the assigned magistrate judge issued findings and recommendations to deny plaintiff's application to proceed in forma pauperis. Doc. 7. Specifically, the magistrate judge found that plaintiff has at least three strikes and that he does not meet the imminent danger exception pursuant to 28 U.S.C. § 1915(g). *Id*. at 2-6. Any objections were to be filed within 14 days. *Id*. at 6-7. On September 17, 2026, plaintiff filed objections. Doc. 9. Plaintiff's objections concern the claims asserted in his complaint and they do not address the magistrate judge's findings that plaintiff has three strikes and that the imminent danger exception does not apply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 4, 2026, Doc. 7, are ADOPTED in full;
2. Plaintiff application to proceed in forma pauperis, Doc. 2, is DENIED.
3. Plaintiff SHALL pay the full $405 filing fee for this action within 30 days of the date of service of this order. **If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE