UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>GAVIN NEWSOM, et al.,<br>Defendants. | Case No.: 1:26-cv-06995-KES-EGC (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |

On September 28, 2026, the court ordered plaintiff to pay the full filing fee within 30 days after determining plaintiff had accrued three or more "strikes" under 28 U.S.C. § 1915 and did not meet the imminent danger exception. Doc. 10. Plaintiff was warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. *Id.* at 2. Despite the court's warning, plaintiff has failed to pay the required filing fee and the deadline for him to do so has expired. Without such payment, the action cannot proceed before the court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

//

//

//

Accordingly:

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee.
2. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: November 25, 2026

UNITED STATES DISTRICT JUDGE